| UNITED STATES DISTRICT COURT | |
|---|---|
| SOUTHERN DISTRICT OF NEW YORK | |

| WINDA VAZQUEZ, | |
|---|---|
| Plaintiff, | |
| -against- | |
| TARGET CORPORATION, | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/10/2020

19-CV-6721 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated**: **April 10, 2020**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**